THIS DOCUMENT IS NOT IN PROPER FORM ACCORD...
TO FEDERAL AND/OR LOCAL RULES AND PRACTIC...
AND IS SUBJECT TO REJECTION BY THE COURT.

~~~~~~~~~ LRCIV P 5.4
                       (Rule Number/Section)

OSCAR C. RODRIGUEZ # 227432
Name and Prisoner/Booking Number

Florence Kasson
Place of Confinement

P.O Box 8200 Florence Az 85132
Mailing Address

Florence Az 85132
City. State. Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| ✓ FILED | _____ LODGED |
| _____ RECEIVED | _____ COPY |

MAY 1 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

OSCAR C. RODRIGUEZ ,
(Full Name of Plaintiff)

             Plaintiff,

v.

(1) CORIZON ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-18-01526-PHX-SRB--DMF**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: FLORENCE / FLORENCE

Revised 3/11/16

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _CORIZON_____.  The first Defendant is employed
as: _DEPARTMENT OF CORRECTION_____ at _FLORENCE_____.
       (Position and Title)                              (Institution)

2.  Name of second Defendant: _____.  The second Defendant is employed as:
as: _____ at_____.
       (Position and Title)                              (Institution)

3.  Name of third Defendant: _____.  The third Defendant is employed
as: _____ at_____.
       (Position and Title)                              (Institution)

4.  Name of fourth Defendant: _____.  The fourth Defendant is employed
as: _____ at_____.
       (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?          ☒ Yes        ☐ No

2.  If yes, how many lawsuits have you filed? _1_.   Describe the previous lawsuits:

   a.  First prior lawsuit:
       1.  Parties: _RODRIGUEZ V SUAREZ___ v. _SUAREZ_____
       2.  Court and case number: _FEDRAL DISTRICT COURT 214: CV 02,548 - SRB DMF__.
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _DISMISSED___

   b.  Second prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c.  Third prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _8TH AMENDMENT CRUEL UNUSEAL PUNSHMENT_

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities         ☐ Mail            ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: _MENTAL HEALTH_

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    IN 2011 THE MARICOPA COUNTY COURTS JUDGE HIGHLY RECOMMAND THAT I DO MY WHOLE 2 AND HALF SENTENCE IN A PSYCH WARD WHILE BEING SENTENCE FOR TIME IN PRISON BECAUSE OF MY MENTAL HEALTH, I GOT REFEASED IN MAY,03,2013 FROM THAT SENTENCE WITH NO PROPER MENTAL HEALTH TREATEMENT, THREE DAYS LATER FROM MY RELEASE I CALLED THE CRISIS HOT LINE BECAUSE OF BEING RELEASE MENTALY UNSTABLED. DURING THE TIME IN PRISON I WAS SELF-HARMING WHERE I HAD TO BE TAKEN TO THE HOSPITAL. D.O.C AND CORIZON STAFF STILL REFUSED ME PROPER MENTAL HEALTH TREATMENT, AND THIS TIME D.O.C STAFF HAD THE PSYCH WARD THAT I COULD OF BEEN SENT TO LIKE WHAT THE JUDGE RECOMMANDED IN THE FIRST PLACE. NOW IN APRIL 2014 WHILE BEING SENTENCE FOR ANOTHER PRISON TERM DURING THE SENTENCE THE SUPRIOR COURT JUDGE FOR A SECOND TIME HIGHLY RECOMMAND FOR D.O.C TO KEEP ME IN A PSYCH WARD FOR MY WHOLE 6 YEAR SENTENCE. THIS 6 YEAR SENTENCE WHILE COMING TO PRISON I'M BEING REFUSED PROPER MENTAL HEALTH THREAT MENT, I'M A SERIOUS MENTALLY ILL INMATE. IN 2015 I WAS SENT TO A MENTAL HEALTH PROGRAM CALLED BAKER WARD. I WAS SENT THERE FOR 5 MONTHS BUT CORIZON STAFF GRADUATED ME OUT OF THE PROGRAM WITHOUT ME KNOWING.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    SUICID ATTEMPTS AN SELF-HARMING

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?              ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?     ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

P6 (2)

## D. CAUSE OF ACTION     — ATTACHMENT —

3. SUPPORTING FACTS

AS SOON AS I GET BACK FROM TREATMENT, MONTHS LATER MY WAY OF THINKING CHANGES AND THEN MY BEHAVIOR CHANGES, I THEN START TO SELF-HARM. I WAS SENT TO FLAMINGO MENTAL HEALTH HOSPITAL, WITH TREATMENT THERE HELPED ME TO BE STABLED AGAIN BUT A PSYCH ASSOCIATE THEIR MS. ORTEGA THATS RUNNING THE PROGRAM, THEN AFTER 5 MONTHS GRADUATED ME OUT OF THAT PROGRAM WITH NO SAY SO ON MY SIDE. I'M STILL TRYING TO DO THE THE REST OF MY TIME IN A PSYCH WARD. IN THE 5 YEARS THAT I'VE DONE OUT OF THIS 6 YEARS SENTENCE I TRYED TO COMMIT SUICIDE 2 TIMES OUT OF THE PSYCH WARDS, I SELFED HARMED MY SELF 8 TIMES TO RELEASE PAIN AND TO GET ATTENTION FOR HELP. AND ALL THIS HAPPENS DURING THE TIMES THAT I WAS NOT GETTING PROPER TREATMENT. I'M GETTING MEDICATION AND TALKING TO PSYCH WHEN I NEED TO, THATS WHY CORIZON AND D.O.C STAFF SAY NO TO SENDING ME BACK TO A PSYCH WARD WERE I NEED TO BE. 2 MONTHS AGO I SWALLOWED 4 RAZOR BLADES. I SUFER BAD FROM HEARING VOICES AND DEPRESSION MY BODY IS SCARD UP FROM CUTTING MYSELF WITH RAZOR BLADES. I FEEL D.O.C AND CORIZON STAFF FAIL TO ACKNOWLEDGE THE JUDGES RECOMMANDATION, WHEN I'M IN PROGRAMS I'M BETTER. WHEN I'M ON THE STREETS I GO TO PROGRAMS FOR MY MENTAL HEALTH, I'M SMI AND I WANT YOU TO KNOW THAT I'M BEING MISTRETED BY D.O.C AND MENTAL HEALTH STAFF. MY LIFE IS ON THE LINE AND THEY DON'T CARE I BEEN MENTALLY ILL FOR 15 YEARS. WHEN I DID MY GRIEVANCE THEY ALL SAID NO TO SENDING ME TO A MENTAL HEALTH PROGRAM WHERE I NEED TO BE BECAUSE THEY SAID THAT I'M GETTING ENOUGH TREATMENT WITH THE MEDS I'M I'M TAKING AND THE ONE ON ONES I'M GETTING ONCE A MONTH WITH PSYCH STAFF BUT IT SEEMS NOT TO BE WORKING BECAUSE EVERY ONCE IN A WHILE I HAVE SUICIDAL THOUGHTS.

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                 ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?                                ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?                       ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail               ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property           ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                   ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

_I AM SEEKING MONEY DAMAGES_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _5-15-18_

**DATE**

_Oscar C Rodriez_

**SIGNATURE OF PLAINTIFF**

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Inmate  OSCAR RODRIGUEZ
ADC #  237433
Arizona State Prison Complex  Florence
Unit  Kasson
P.O Box 8200

Florence    AZ   85132

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MAY 18 2018

RECEIVED

Clerk, United States District C
Sandra Day O'Connor U.S. Courthouse,
401 W. Washington St, SPC - 1
Phoenix, AZ 85003-2148

